1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KEVIN ORTON
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) CR. S. 03-0348 FCD
                                )
14              Plaintiff,      )
                                ) **STIPULATION CONTINUING**
15      v.                      ) **SURRENDER DATE TO JULY 6, 2005**
                                )
16 KEVIN ORTON,                 )
                                )
17              Defendant.      ) Judge: Hon. Frank C. Damrell
   _____)
18

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Kevin Orton, through their respective

22 attorneys, that the date for Mr. Orton to surrender to serve his sentence

23 may be continued from June 22 to July 6, 2005, at 2:00 p.m.

24 /////

25 /////

26 /////

27 /////

28 /////

An issue has arisen concerning Mr. Orton's designation by the Bureau of Prisons and defense counsel seeks additional time to see whether the current designation may be changed prior to surrender.

```
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


Dated:  June 20, 2005                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEVIN ORTON


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  June 20, 2005                   /s/ D. Linhardt
                                        JAMES P. ARGUELLES
                                        Assistant U.S. Attorney
```

**O R D E R**

Defendant shall surrender to serve his sentence by 2:00 p.m. on Wednesday, July 6, 2005, to the institution designated by the Bureau of Prisons or to the United States Marshal Service, 501 I Street, 5th Floor. All conditions of release shall continue in force until defendant has entered custody.

IT IS SO ORDERED.

```
Dated: June 20, 2005                    /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL, JR.
                                        United States District Judge
```

2