Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Kevin ORTON |
| **Docket Number:** | 2:03CR00348-04 |
| **Offender Address:** | Currently in Custody |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 05/16/2005 |
| **Original Offense:** | 18 USC 1028(a)(7) and (b)(2)(B) - Use of False Identification Documents<br>(CLASS E FELONY) |
| **Original Sentence:** | 5 months custody; 12 months supervised release; $9,000 restitution; $100 special assessment. |
| **Special Conditions:** | 5 months home detention; Financial restrictions and disclosure; Participate in drug/alcohol testing and counseling; Co-pay $25 per month for aftercare costs; Submit to DNA collection. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | Scheduled to commence December 4, 2005 |
| **Assistant U.S. Attorney:** | Daniel S. Linhardt        **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Timothy L. Zindel        **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12B.MRG

**RE:   Kevin ORTON**
**      Docket Number:  2:03CR00348-04**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2. The defendant shall submit to not more than eight (8) drug and alcohol tests a month during the period of supervision.

**Justification:**   Mr. Orton will be supervised by the Central District of California upon his release from custody.  They have requested modification of the above conditions so as to more effectively supervise him in the community.  Mr. Orton has agreed to these modifications and the waiver is on file.

Respectfully submitted,

/s/   Deborah A. Spencer

**DEBORAH A. SPENCER**
**Supervising  United States Probation Officer**
Telephone:  (916) 683-3322

**DATED:**   October 27, 2005
            Elk Grove, California
            DAS:jz

**RE:    Kevin ORTON
        Docket Number:  2:03CR00348-04**

---

**THE COURT ORDERS:**

(X)    Modification approved as recommended.

( )    Modification not approved at this time.  Probation Officer to contact Court.

( )    Other:

| November 7, 2005 | /s/Frank C. Damrell, Jr. |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:    United States Probation
       Daniel S. Linhardt, Assistant United States Attorney
       Timothy L. Zindel, Assistant Federal Defender
       Defendant
       Court File

Attachment:   Presentence Report (Sacramento only)